**Richard Ronald KPORLOR, Plaintiff–Appellant,**

v.

**D. ROBINSON, Manassas A.O.C. Correction Officer, Defendant–Appellee.**

**No. 04–6618.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Richard Ronald Kporlor, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM:

Richard Ronald Kporlor appeals the district court's orders dismissing without prejudice his action filed under 42 U.S.C. § 1983 (2000), for failure to comply with the filing fee order and denying his motion construed as a motion to reconsider under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kporlor v. Robinson,* No. CA–03–973 (E.D. Va. Feb. 11, 2004 & Mar. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*